```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAMUEL RUMALA,                                                      JUDGMENT
                                                                    02-CV- 3828 (SLT)
                        Plaintiff,

    -against-


NEW YORK CITY TRANSIT AUTHORITY and                                 FILED
THOMAS CALANDRELLA,                                                 IN CLERKS OFFICE
                                                                    U.S. DISTRICT COURT ED. N.Y.

                                                                    ★  AUG 3 1 2005  ★

                        Defendants.
-----------------------------------------------------------------X  P.M. _____
                                                                    TIME A.M. _____
```

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on August 26, 2005, granting defendants' motion for summary judgment; dismissing plaintiff's federal claims; and dismissing the complaint; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted; that plaintiff's federal claims are dismissed; and that the complaint is dismissed.


Dated: Brooklyn, New York　　　　　　　　　　　Robert C. Heinemann
　　　　August 31, 2005　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Terry Vaughn
　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　for Operaitons